# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AARON WAYNE BELL,<br><br>      Plaintiff,<br><br>v.<br><br>MEDLINE,[1] *et al.*,<br><br>      Defendants. | Case No. 1:24-cv-03368-GLR |

## LOCAL RULE 103.3 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure Rule 7.1 and Local Rule 103.3, Defendant Medline Industries LP, by and through its undersigned counsel, hereby discloses that it is wholly owned by Medline Borrower, LP, which is in turn wholly owned by Medline Intermediate, LP, which is in turn wholly owned by Medline Holdings, LP (formerly Mozart Holdings, LP). Investment funds affiliated with and controlled by Blackstone Inc., which is a publicly traded company, own more than 10% of the limited partnership interests of Medline Holdings, LP. Investment funds affiliated with and controlled by The Carlyle Group Inc., which is a publicly traded company, own more than 10% of the limited partnership interests of Medline Holdings, LP. No other business entity has a financial interest in the outcome of this litigation.

---

[1] Plaintiff incorrectly identifies one of the named Defendants as "Medline." The proper legal name is Medline Industries LP.

Dated:  January 24, 2025

Respectfully submitted,

LITTLER MENDELSON, P.C.

By: /s/ *Brandon R. Mita*
Brandon R. Mita (Fed. Bar No. 19782)
Richard J. Kim (admitted *pro hac vice*)
815 Connecticut Avenue, NW, Suite 400
Washington, DC  20006
bmita@littler.com
rjkim@littler.com
202.842.3400 (Telephone)
202.842.0011 (Facsimile)

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of January, 2025, a copy of the foregoing document was filed using the CM/ECF system and served by first-class mail, postage prepared, upon the following:

> Aaron Wayne Bell
> 1102 Edmondson Ave
> Baltimore, MD 21223
> 610-425-2609
> Aaronbell83@gmail.com
>
> Plaintiff *pro se*

*/s/ Brandon R. Mita*
Brandon R. Mita

4911-3824-3346
4911-3824-3346